UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 05-CV-01392-ZLW

ANTONIO MARQUEZ

Plaintiff,

v.                                                         LAW STUDENT APPEARANCE FORM

THE LASER VISION INSTITUTE, L.L.C.,
d/b/a THE LASIK VISION INSTITUTE,
a Florida corporation;
PAUL CUTARELLI, M.D., PROFESSIONAL L.L.C.,
a Colorado corporation; and
PAUL CUTARELLI, M.D.,

Defendants.


1.      Law Student Certification

        I certify that:

        (a)     I am duly enrolled in the University of Denver Sturm College of Law in accordance with part B.1 of the Student Practice Rule of this Court.

        (b)     I am receiving no compensation from the client in accordance with part B.6 of the Student Practice Rule of this Court.

        (c)     I am familiar with and will comply with the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and this Court's Local Rules of Practice and Website (*www.cod.uscourts.gov*), including the Judicial Officer's Procedures.


Dated: 8/25/2005                           s/ Olivia Holcombe
                                           Signature of Student

1

2. <u>Law School Certification</u>

   I certify that this student:

   (a)   has completed at least two semesters of law school, including a course in Evidence, and is enrolled in (or has completed) an approved clinical program at the law school;

   (b)   is qualified, to the best of my knowledge, to provide the legal representation permitted by the Student Practice Rule of this court;

   (c)   that Laura L. Rovner, who will serve as supervising attorney, in employed in a clinical program approved by this school.

Dated: 8/25/2005                s/ Christine N. Cimini
                                Signature of Dean or Authorized Designee

                                <u>Interim Director of Clinical Programs</u>
                                (Position of Above)

3. <u>Supervising Attorney's Certification</u>

   As a member of the bar of the United States District Court for the District of Colorado, I certify that I will:

   (a)   assume personal professional responsibility for the student's work in accordance with the Student Practice Rule of this court;

   (b)   guide and assist this student as necessary or appropriate under the circumstances; and

   (c)   appear with this student in all proceedings in this matter.

Dated: 8/25/2005                s/ Laura L. Rovner
                                Signature of Attorney

4.  **Consent of Client**

I consent to be represented by student attorney, Olivia Holcombe, in this matter in accordance with the Student Practice Rule of this Court.

I authorize this student to appear in this matter on my behalf and to prepare court papers under the supervision of an attorney who is admitted to practice before this Court and employed in the clinical program at the law school.

Dated:    8/30/2005                         s/ Antonio Marquez
                                            Signature of Client


5.  **Judicial Consent**

I authorize this student to appear in this matter pursuant to the Student Practice Rule of this Court.

Dated:    9/12/05
                                            S/ Zita L. Weinshienk
                                            _____
                                            Signature of District Judge
                                            or Magistrate Judge Exercising
                                            Consent Jurisdiction Pursuant
                                            to D.C. COLO.LVic 72.2

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of September, 2005, a true and correct copy of the above Law Student Appearance on behalf of PLANTIFF ANTONIO MARQUEZ was delivered via the electronic case filing procedure for civil cases in the United States District Court District of Colorado to:

Kevin Perez, Esq.
Kennedy, Christopher, Childs & Fogg
1050 Seventeenth Street, Suite 2500
Denver, CO  80265

Paul Godec, Esq.
Ruegsegger, Simons, Smith & Stern
1625 Broadway, Suite 2300
Denver, CO  80202

                                        s/ Laura L. Rovner