IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-1392-ZLW-OES

ANTONIO MARQUEZ,

    Plaintiff,

v.

THE LASER VISION INSTITUTE, L.L.C., d/b/a THE LASIK VISION INSTITUTE, a Florida corporation;
PAUL E. CUTARELLI, M.D., PROFESSIONAL, LLC, a Colorado corporation; and
PAUL E. CUTRELLI, M.D.,

    Defendants.
_____

## ORDER
_____

It appears from the Courtroom Minutes of the scheduling hearing before Magistrate Judge O. Edward Schlatter that this case has settled.  Therefore, it is

ORDERED that this case is held in abeyance pending the filing of settlement papers.  It is

FURTHER ORDERED that settlement papers shall be filed on or before February 28, 2006.  If by that date settlement papers have not been received by the Court, on March 7, 2006, the case will be dismissed without prejudice.

DATED at Denver, Colorado, this __27__ day of January, 2006.

                            BY THE COURT:

                            *[signature]*
                            ZITA L. WEINSHIENK, Senior Judge
                            United States District Court