IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 05-cv-1392-ZLW-OES

ANTONIO MARQUEZ,

    Plaintiff,

v.

THE LASER VISION INSTITUTE, L.L.C., d/b/a THE LASIK VISION INSTITUTE, a Florida corporation;
PAUL E. CUTARELLI, M.D., PROFESSIONAL, LLC, a Colorado corporation; and
PAUL E. CUTRELLI, M.D.,

    Defendants.
_____

ORDER
_____

In consideration of the Minute Order entered by Magistrate Judge Michael E. Hegarty on March 2, 2006, it is

ORDERED that settlement papers shall be filed on or before March 14, 2006. If by that date settlement papers or a Motion to Continue Scheduling/Planning Conference has not been received by the Court, on March 21, 2006, the case will be dismissed without prejudice.

DATED at Denver, Colorado, this __3__ day of March, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court