IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-1392-ZLW-OES

ANTONIO MARQUEZ,

    Plaintiff,

v.

THE LASER VISION INSTITUTE, L.L.C., d/b/a THE LASIK VISION INSTITUTE, a Florida corporation;
PAUL E. CUTARELLI, M.D., PROFESSIONAL, LLC, a Colorado corporation; and
PAUL E. CUTRELLI, M.D.,

    Defendants.
_____

### ORDER OF DISMISSAL
_____

    Pursuant to and in accordance with the Stipulation For Dismissal With Prejudice, signed by the attorneys for the parties hereto, it is

    ORDERED that the Complaint and cause of action, including all claims that are, or could have been, brought by Plaintiff, are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), the parties to pay their own attorneys' fees and costs.

    DATED at Denver, Colorado, this __27__ day of March, 2006.

                                      BY THE COURT:

                                      *[signature]*
                                      _____
                                      ZITA L. WEINSHIENK, Senior Judge
                                      United States District Court